COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Neil Mukherjee v. The State of Texas

Appellate case number:    01-17-00884-CR

Trial court case number:  1566723

Trial court:                        184th District Court of Harris County

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **State's Exhibit 213 and State's Exhibit 2143 (photo arrays).**

The exhibit clerk of the 184th District Court is directed to deliver to the Clerk of this court the original of **State's Exhibit 213 and State's Exhibit 214 (photo arrays)**, on or before December 9, 2019**.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of **State's Exhibit 213 and State's Exhibit 214 (photo arrays)**, to the clerk of the 184th District Court.

.It is so ORDERED.

Judge's signature: /s/ Sarah Beth Landau
                                  X Acting individually     ☐ Acting for the Court

Date: December 2, 2019